# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1917
LT Case No. 16-2025-DR-002662

_____

TAHESHA NOEL KNIGHT,

 Appellant,

 v.

MATTHEW GLEN KEPP,

 Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric Chase Roberson, Judge.

Tahesha Noel Knight, Jacksonville, pro se.

No Appearance for Appellee.

May 19, 2026

PER CURIAM.

 AFFIRMED.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____